**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02003-REB-CBS

RICHARD TALMADGE,

      Plaintiff,

v.

WALGREENS, a/k/a WALGREENS CO.,
JAMES KOEHANE,
RAHSAAN THOMAS,
HOWARD ATLAS, and
REBECCA CHACON,

      Defendants.

## MINUTE ORDER[1]

The matter is before the court on **Defendants Walgreens, James Keohane, Rahsaan Thomas and Howard Atlas' <u>Unopposed</u> Motion to Vacate and Reset Final Pretrial Conference and Trial Preparation Conference and Trial** [#30][2] filed September 3, 2014. After reviewing the motion and the record, the court has concluded that the motion should be granted in part.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants Walgreens, James Keohane, Rahsaan Thomas and Howard Atlas' <u>Unopposed</u> Motion to Vacate and Reset Final Pretrial Conference and Trial Preparation Conference and Trial** [#30] filed September 3, 2014, is **GRANTED** in part;

2. That the Final Pretrial Conference and Trial Preparation Conference set May

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

15, 2015, is **VACATED** and is **RESET** to **May 8, 2015**, at 10:00 a.m.; and

      3. The portion of the motion to reset the jury trial is **DENIED** without prejudice as premature.

      Dated: September 4, 2014