# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-02003-REB-CBS

RICHARD TALMADGE,

    Plaintiff,

v.

WALGREENS, a/k/a WALGREENS CO.,
JAMES KOEHANE,
RAHSAAN THOMAS,
HOWARD ATLAS, and
REBECCA CHACON,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion for Dismissal with Prejudice** [#43],[1] filed February 10, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal with Prejudice** [#43], filed February 10, 2015, is **APPROVED**;

2. That all extant pretrial deadlines are **VACATED**;

---

[1] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That any currently pending motion, including, but not limited to, **Defendant Rebecca Chacon's Motion for Summary Judgment** [#37], filed December 31, 2014, is **DENIED AS MOOT**;

4. That the combined Final Pretrial Conference and Trial Preparation Conference set **May 8, 2015**, at **10:00 a.m.**, and the jury trial set to commence **June 8, 2015**, are **VACATED**; and

5. That this action is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated February 23, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge